# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| CLAUDIA MARTINEZ-ALVAREZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 7:24-cv-01015-MHH-JHE |
| ) | |
| KIMBERLY NEELY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On May 16, 2025, the magistrate judge entered a report in which he recommended that the Court dismiss this petition for writ of habeas corpus with prejudice. (Doc. 11). To date, the Court has not received objections to the report from either party. Having reviewed the electronic docket in this matter, the Court adopts the report and accepts the magistrate judge's recommendation. By separate order, the Court will dismiss this petition for a writ of habeas corpus.

**DONE** and **ORDERED** this June 10, 2025.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE